WILLIAM ALFRED HARTMAN, Appellant, *v.* SHER–IFF, WASHOE COUNTY, NEVADA, Respondent.

7430

September 7, 1973                    513 P.2d 443

*H. Dale Murphy,* Public Defender, Washoe County, for Appellant.

*Robert List,* Attorney General, Carson City; *Robert E.*

Rose, District Attorney, and *Larry Hicks,* Deputy District Attorney, Washoe County, for Respondent.

## OPINION

*Per Curiam:*

This appeal is without merit. The order of the district court is affirmed.